FILED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. LEO PAPAS

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR |
|---|---|
| Plaintiff, | ) MAGISTRATE NO. 08MJ1667 <br> ) MAGISTRATE NO. 08MJ823 |
| -vs- | ) ORDER ON <br> ) JOINT MOTION TO HAVE BONDS |
| HERNANDEZ, et. al., | ) FILED FOR MATERIAL WITNESSES <br> ) IN CASE NUMBER 08MJ |
| Defendants. | ) apply to CASE NUMBER <br> ) 08MJ1667 |

The material witnesses in the above-entitled matters, and the government of the United States of America, having jointly moved moved the Court for an order that all material witness bonds filed in case number 08MJ 823 apply to case numbers 08MJ1667 and good cause appearing, it is hereby ordered:

That all material witness bonds filed in case number 08MJ 823 apply to case number 08MJ1667 and that only the one bond set in case number 08MJ 823 is required to release the material witnesses from custody in all of the cases set forth herein.

Dated: June 2, 2008

_____
UNITED STATES MAGISTRATE JUDGE