```
1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)
```

**FILED**
**JUN 2 4 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## United States District Court
## Southern District of California

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08mj1667(LSP) |
| Plaintiff, | Waiver Of Appearance For Status Conference |
| v. | [as to Marisela Cruz-Lozano] |
| JODALI HERNANDEZ-MALDONADO, JOSE ACOSTA-MARTINEZ, LORENA ISABEL CORDERO-LOPEZ, and MARISELA CRUZ-LOZANO, | |
| Defendants. | Date: June 24, 2008<br>Time: 9:30 a.m.<br>Judge: Leo S. Papas<br>Room: G |

I, Marisela Cruz-Lozano, understand I have been named as a material witness-defendant in the complaint filed in this case in the Southern District of California, and I have been informed the court scheduled a status conference in the case for June 24, 2008 at 9:30 a.m. I understand I have a right to appear at that hearing, but I am waiving the right to be present at that court hearing, and I consent for my attorney, Ned Lynch, to appear on my behalf for that hearing. I agree to obey any orders issued by the court during that hearing.

Dated: June 18, 2008

*Marisela Cruz Lozano*
Marisela Cruz-Lozano