1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**FILED**
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court

## Southern District of California

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JODALI HERNANDEZ-MALDONADO,<br>JOSE ACOSTA-MARTINEZ,<br>LORENA ISABEL CORDERO-LOPEZ, and<br>MARISELA CRUZ-LOZANO,<br><br>Defendants. | Magistrate Case No. 08mj1667(LSP)<br><br>**Waiver Of Appearance<br>For Status Conference**<br><br>[as to Marisela Cruz-Lozano]<br><br>Date: August 28, 2008<br>Time: 9:30 a.m.<br>Judge: Leo S. Papas<br>Room: G |

I, Marisela Cruz-Lozano, understand I have been named as a material witness/defendant in the complaint filed in this case in the Southern District of California, and I have been informed the court scheduled a status conference in the case for August 28, 2008 at 9:30 a.m. I understand I have a right to appear at that hearing, but I am waiving the right to be present at that court hearing, and I consent for my attorney, Ned Lynch, to appear on my behalf for that hearing. I agree to obey any orders issued by the court during that hearing, and I agree to accept all notices through my attorney.

I declare under penalty of perjury under the laws of the United States the above is true and correct.

Dated: 08-18-2008                    _Marisela Cruz Lozano_
                                      Marisela Cruz-Lozano